PROB 12B
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Jonathan Love  **Case Number:** 2:16-CR-00005-BAT
**Name of Judicial Officer:** The Honorable Brian A. Tsuchida, United States Magistrate Judge
**Date of Original Sentence:** 04/20/2016  **Date of Report:** 10/24/2016
**Original Offense:** Deprivation of Rights Under Color of Law
**Original Sentence:** 30 days confinement; 1 year supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 06/22/2016
**Assistant U.S. Attorney:** Matthew Diggs  **Defense Attorney:** Robert Chadwell
**Special Conditions Imposed:**

☐ Substance Abuse    ☒ Financial Disclosure    ☒ Restitution: $12,000
☒ Mental Health      ☐ Fine                    ☐ Community Service
☒ Other: 100 hours of community service; disclose all assets and liabilities; maintain a single checking account; no new lines of credit; submit to search; resign membership in the bar association.

## PETITIONING THE COURT

☐ To extend the term of supervision for ___ years, for a total term of ___ years.
☒ To modify the conditions of supervision as follows:
ADD:

Defendant's employment shall be subject to approval by the probation officer.

### CAUSE

Mr. Love was released to supervision in the Western District of Washington on June 22, 2016. He has been making efforts to complete his community service, has paid his restitution in full, and has been searching for gainful employment. He has had little success finding suitable employment in this district and has been living between various friends' homes. He has proposed to relocate his supervision to the District of Oregon. The United States Probation Office in the District of Oregon has agreed to accept supervision of Mr. Love's case, provided we add the above noted condition as they believe it will aid in their supervision of his case.

Mr. Love has been notified of this request and has signed a waiver of hearing agreeing to this modification.

Defense counsel has been contacted and has no objection to the proposed modification.

The Honorable Brian A. Tsuchida, United States Magistrate Judge  Page 2 of 2
Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender  October 24, 2016

I swear under penalty of perjury that the foregoing is true and correct.
Executed on this 24th day of October, 2016.

*Erin O'Donnell* (signature)

Erin O'Donnell
U.S. Probation Officer

APPROVED:
Connie Smith
Chief U.S. Probation and
Pretrial Services Officer
BY:

*Sarah R. Johnson* (signature)

Sarah R. Johnson
Supervising U.S. Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ No Action Approved
☐ The Extension of Supervision as noted above
☒ The Modification of Conditions as noted above
☐ Other

(signature)
Signature of Judicial Officer

10/26/16
Date