THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN M. LOVE, <br><br> Defendant. | No. CR 16-0005 BAT <br><br> **MOTION FOR RETURN OF PASSPORT** <br><br> **NOTE FOR MOTION CALENDAR: DECEMBER 2, 2016** |

## I. INTRODUCTION

Defendant Jonathan M. Love, through counsel, brings this motion to request his passport be returned to counsel, rather than be forwarded to the Department of State, as proposed in the Notice of Intent to Forward Passport. *See* Dkt. # 21.

## II. PROCEDURAL HISTORY

On January 15, 2016, Mr. Love pleaded guilty to a gross misdemeanor. *See* Dkt. # 6. The same day, Mr. Love also surrendered his United States passport as directed by the Court pursuant to a special condition of the Appearance Bond. *See* Dkt. # 8 and 9. Mr. Love was sentenced by the Court on April 20, 2016. *See* Dkt. # 16. On October 26, 2016, the Court modified the conditions of Mr. Love's supervision, with his consent, to relocate his supervision to the District of Oregon. *See* Dkt. # 19.

Mr. Love has completed his 30-day custodial confinement (*see* Dkt. # 16), and his period of one year of supervised release began on June 22, 2016 (*see* Dkt. # 19). He has paid his

DEFENDANT LOVE'S MOTION FOR RETURN OF PASSPORT- 1
NO. CR 16-0005 BAT

McKay Chadwell, PLLC
600 University Street, Suite 1601
Seattle, Washington 98101-4124
(206) 233-2800 Fax (206) 233-2809

restitution in full.  *See* Dkt. # 19.

## III.     ARGUMENT

Longstanding practice in this District has been to return United States passports to defense counsel upon self-surrender.  Only recently has this District implemented a policy of forwarding United States passports to the Department of State, where they will be destroyed.  There is nothing about Mr. Love or about this case that merits the destruction of his passport rather than return of that document to defense counsel.  Mr. Love is not a flight risk, has completed his time in custody, and has already fulfilled his financial obligations.  *See* Dkt. # 19.  While Mr. Love might be able to obtain a new passport upon release, it would require additional expense, time, and effort, not only on his part, but also on the part of the government to process that request and to issue a new passport.

Mr. Love accepted responsibility for his actions in this matter and has complied with every condition placed upon him throughout this process.  We notified government counsel, AUSA Mathew Diggs, of this request and received no objection.

## IV.     CONCLUSION

We respectfully request the Court to order that Mr. Love's passport be returned to defense counsel, that it not be forwarded to the Department of State for destruction, and that defense counsel be authorized to provide Mr. Love with his passport once he has completed his term of supervised release.  We have prepared a proposed Order for the Court's consideration.

//

//

//

//

//

//

//

DEFENDANT LOVE'S MOTION FOR RETURN OF PASSPORT- 2
NO.  CR 16-0005 BAT

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809

1  DATED November 21, 2016.

2                                            **McKAY CHADWELL, PLLC**

3

4  s/ Robert G. Chadwell
   s/ Thomas M. Brennan

5  Robert G. Chadwell, WSBA No. 22683
   Thomas M. Brennan, WSBA No. 30662

6  Attorneys for Jonathan Love
   600 University Street, Suite 1601

7  Seattle, WA  98101-4124
   Phone: (206) 233-2800

8  Fax:    (206) 233-2809
   Email: rgc1@mckay-chadwell.com

9              tmb@mckay-chadwell.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT LOVE'S MOTION FOR RETURN OF PASSPORT- 3
NO.  CR 16-0005 BAT

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809