THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN M. LOVE,<br><br>    Defendant. | No. CR 16-0005 BAT<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR RETURN OF PASSPORT |

The Court, having considered the motion of defendant Jonathan Love for return of his United States passport to defense counsel, any response filed by the government and any reply filed by Love, hereby GRANTS the Defendant Love's motion.

The Court FINDS:

1. Mr. Love surrendered his passport as directed by the Court pursuant to a special condition of the Appearance Bond entered on January 15, 2016.

2. Mr. Love entered a plea of guilty to a gross misdemeanor on January 15, 2016.

3. Mr. Love was sentenced by the Court on April 20, 2016, and the Court modified his supervision on October 26, 2016.

4. Mr. Love completed his term of confinement and paid his restitution in full.

5. Mr. Love's one-year period of supervised release commenced on June 22, 2016 and will

[PROPOSED] ORDER GRANTING MOTION FOR RETURN OF PASSPORT - 1
NO. CR 16-0005 BAT

McKay Chadwell, PLLC
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809

terminate on June 22, 2017.

6. No reason exists not to return Mr. Love's passport to defense counsel.

7. The Judgment does not prohibit Mr. Love from possessing a valid passport.

8. There is nothing about Mr. Love or about this case that merits the destruction of his passport rather than return of that document to defense counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. Mr. Love's passport shall be returned via U.S. mail to defense counsel, Robert G. Chadwell and Thomas M. Brennan, at McKay Chadwell, PLLC, 600 University Street, Suite 1601 One Union Square, Seattle, WA 98101, for safekeeping during Mr. Love's supervised release.

2. Defense counsel may return Mr. Love's passport to him upon Mr. Love's completion of his supervised release.

IT IS SO ORDERED this 2nd day of Dec, 2016.

HON. BRIAN A. TSUCHIDA
United States Magistrate Judge

**PRESENTED BY:**

**McKAY CHADWELL, PLLC**

s/ Robert G. Chadwell
s/ Thomas M. Brennan
Robert G. Chadwell, WSBA No. 22683
Thomas M. Brennan, WSBA No. 30662
Attorneys for Jonathan Love
600 University Street, Suite 1601
Seattle, WA  98101-4124
Phone: (206) 233-2800
Fax:    (206) 233-2809
Email: rgc1@mckay-chadwell.com
       tmb@mckay-chadwell.com

[PROPOSED] ORDER GRANTING MOTION FOR RETURN OF PASSPORT - 2
NO.  CR 16-0005 BAT

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809